1538

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | Criminal No. 21-465 |
|---|---|---|
| | ) | |
| v. | ) | (21 U.S.C. §§ 841(a)(1), |
| | ) | 841(b)(1)(B)(iii), and 841(b)(1)(C)) |
| PETER WILLIAMS | ) | **[UNDER SEAL]** |

## INDICTMENT

### COUNT ONE

The grand jury charges:

On or about January 5, 2021, in the Western District of Pennsylvania, defendant PETER WILLIAMS did knowingly, intentionally, and unlawfully possess with intent to distribute (1) 28 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance; and (2) a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(iii), and 841(b)(1)(C).

A True Bill,

_____
Foreperson

_____
STEPHEN R. KAUFMAN
Acting United States Attorney
PA ID No. 42108

FILED

NOV 03 2021

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA